No. 82–1074. AMERICAN CAST IRON PIPE CO. *v.* PETTWAY ET AL. C. A. 11th Cir. Motion of the parties to defer consideration of the petition for writ of certiorari granted.

No. 82–1135. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* WIGGINS. C. A. 5th Cir. [Certiorari granted, 459 U. S. 1199.] Motion of respondent *pro se* for leave to file supplemental brief on the merits granted.

No. 82–1150. ELLIS ET AL. *v.* BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES ET AL. C. A. 9th Cir. [Certiorari granted, 460 U. S. 1080.] Motion of State Bar of California for leave to file a brief as *amicus curiae* granted.

No. 82–1186. TRANS WORLD AIRLINES, INC. *v.* FRANKLIN MINT CORP. ET AL.; and
No. 82–1465. FRANKLIN MINT CORP. ET AL. *v.* TRANS WORLD AIRLINES, INC. C. A. 2d Cir. [Certiorari granted, 462 U. S. 1118.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–1213. NEW YORK *v.* QUARLES. Ct. App. N. Y. [Certiorari granted, 461 U. S. 942.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–1253. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY, ET AL. *v.* BARTLETT. C. A. 8th Cir. [Certiorari granted, 461 U. S. 956.] Motion of Dewey County, South Dakota, et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted. Request for additional time for oral argument denied.

No. 82–1260. COPPERWELD CORP. ET AL. *v.* INDEPENDENCE TUBE CORP. C. A. 7th Cir. [Certiorari granted, 462 U. S. 1131.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted, and 10 minutes of petitioners' time for oral argument is allotted for that purpose. JUSTICE WHITE took no part in the consideration or decision of this motion.